JASON K. HICKS, ESQ.
Nevada Bar No. 13149
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Email:        hicksja@gtlaw.com
              ewingk@gtlaw.com

DAVID DORMONT, ESQ.
*Admitted Pro Hac Vice*
**MONTGOMERY MCKRACKEN WALKER & RHOADS, LLP**
1735 Market Street
Philadelphia, Pennsylvania 19103
Telephone:   (215)772-1500
Email:        ddormont@mmwr.com

*Attorneys for Creditor Interasian Digital Technology Holdings Ltd.*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**JAMES M PARK**<br><br>Debtor(s). | Case 2:25-cv-00697-GMN<br><br>*Appeal from the Bankruptcy Court*<br>Nevada Bankruptcy Case No. 24-11788-ABL<br>CHAPTER 7 |
| INTERASIAN DIGITAL TECHNOLOGY HOLDINGS LTD.,<br><br>     Appellant(s),<br><br>vs.<br><br>ROBERT E. ATKINSON, TRUSTEE, et al.,<br><br>     Appellee(s) | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>(First Request) |

Appellant Interasian Digital Technology Holdings Ltd. and Appellee Robert E. Atkinson, in his capacity as a court-appointed trustee, submit this Stipulation and Order to Modify

1

the Briefing Schedule issued by the Court on June 9, 2025, *see* ECF No. 7.  This Stipulation is made pursuant to LR IA 6-1 and LR IA 6-2, and the parties agree as follows:

1. On April 15, 2024, nonparty Bankruptcy Debtor James Park petitioned for bankruptcy, Case No. 24-11788-ABL (the "Park Bankruptcy").

2. The United States Bankruptcy Court appointed Appellee Robert Atkinson as Trustee of the Park Bankruptcy.

3. On May 6, 2024, Appellant Interasian, a creditor in the Bankruptcy, filed its Proof of Claim, asserting a claim based on a judgment Interasian obtained against Park from the State of New York, dated July 31, 2013, with an original principal amount of $7,283,690.00, along with interest and costs incurred to date, for a total claim in the amount of $14,208,999.06.

4. On November 18, 2024, Appellee filed a motion pursuant to Bankruptcy Rule 9019 requesting approval of a prospective settlement agreement he entered with the Debtor and his daughter, Paxi Park (the "Settlement Agreement").

5. Appellant Interasian was not a party to, nor did it consent to, the Settlement Agreement, and on January 22, 2025, Appellant objected to the Motion to Approve.

6. The Court nevertheless granted the Motion to Approve, and Interasian filed a Notice of Appeal, resulting in the initiation of this action.

7. On June 9, 2025, the Court entered a briefing schedule, *see* ECF No. 7; Appellant's opening brief is currently due June 23, 2025, Appellee's answering brief is currently due July 7, 2025, and Appellant's reply, if any, is currently due July 21, 2025.

8. Good cause exists to modify and extend this briefing schedule to allow counsel adequate time to prepare their respective briefs in light of counsel for each party's prior personal obligations, existing deadlines and other professional obligations, as well as commitments related to the Fourth of July holiday.

9. In addition, this appeal presents complex and novel issues arising under an unusual set of facts, and briefing will require significant attention that warrants additional preparation time for, in particular, Appellant's opening brief.

///

NOW, THEREFORE, the Parties stipulate, subject to the Court's approval, to continue the briefing deadlines described above to the following dates:

1. Appellant shall have up to and until July 7, 2025, to file its opening brief.
2. Appellee shall have up to and until July 21, 2025, to file his answering brief.
3. Appellant shall have up to and until August 4, 2025, to file its reply brief.

**IT IS SO STIPULATED.**

Dated this 11th day of June, 2025

**GREENBERG TRAURIG, LLP**

/s/ Kyle Ewing

JASON K. HICKS, ESQ. Bar # 13149
KYLE A. EWING, ESQ. Bar #14051
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Appellant Interasian Digital Technology Holdings Ltd.*

Dated this 11th day of June, 2025

**ATKINSON LAW ASSOCIATES LTD.**

/s/ Robert E. Atkinson

ROBERT E. ATKINSON, ESQ., Bar No. 9958
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119

*Attorney for Appellee Robert E. Atkinson, Trustee*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Date: June 12, 2025

3